**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 08-cr-00473-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES ROBERT TAUBR,

    Defendant.

---

**ORDER DISMISSING SUPERVISED RELEASE VIOLATION PETITION AND
TERMINATING SUPERVISED RELEASE UNSUCCESSFULLY**

---

    THIS MATTER comes before the Court on request of the probation officer to dismiss the supervised release violation petition dated June 27, 2012, and to unsuccessfully terminate the defendant's term of supervised release. On July 29, 2013, the defendant was sentenced in Arapahoe County District Court Case Number 12CR1301, to the Colorado Department of Corrections for a custodial term of sixty-four (64) years, following his conviction for Aggravated Robbery-Possess Real/Simulated Weapon. The Court, having been advised of the facts and premises of the above case, hereby

    ORDERS that the Petition for Issuance of Arrest Warrant Due to Violations of Supervised Release dated June 27, 2012, be dismissed and that the defendant be unsuccessfully discharged from supervised release. It is further ordered that the proceedings in this case be terminated.

    DATED at Denver, Colorado, this 13th day of August, 2013.

                                               BY THE COURT:

                                               */s/ Robert E. Blackburn*
                                               Robert E. Blackburn
                                               United States District Judge